IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, )<br>)<br>) | |
| Plaintiff, )<br>) | 8:11CV29 |
| vs. )<br>) | ORDER |
| DANIEL MCCRODEN and )<br>ROBERTA HARWAN, )<br>) | |
| Defendants. ) | |

This matter is before the court on a Motion to Strike (Filing No. 14). Steven M. Delaney and Cline Williams Wright Johnson & Oldfather, L.L.P. seek to strike "Notice of Appearance Steven M. Delaney" (Filing No. 10) for the reason that the filing incorrectly suggests that Steven M. Delaney and Cline Williams Wright Johnson & Oldfather, L.L.P. entered their appearance on behalf of Daniel McCroden when in fact they represent only the interests of Donald C. McCroden, a nonparty. Upon consideration,

**IT IS ORDERED:**

1. The Motion to Strike (Filing No. 14) is granted.

2. The Clerk of Court shall strike from the docket, Filing No. 10, Notice of Appearance Steven M. Delaney.

DATED this 14th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge