IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HARTFORD FIRE INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV29 |
| v. | ) ) | ORDER |
| **ROBERTA HARWAN and DONALD C. McCRODEN,** | ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge on October 10, 2011, by letter from Keith Witten for the plaintiff,

**IT IS ORDERED that:**

1. **On or before December 12, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The status report deadline is terminated.

DATED this 11th day of October, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge