IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) ) | Case No. 8:11-cv-00029-JFB-TDT |
| DONALD McCRODEN and ROBERTA HARWAN, | ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) | |

Plaintiff Hartford Fire Insurance Company and defendants Donald McCroden and Roberta Harwan by their respective attorneys having stipulated that this case be dismissed without prejudice with each party to bear its own costs,

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice.

Dated this 21st day of December, 2011.

BY THE COURT:

s/ JOSEPH F. BATAILLON
United States District Judge